**Order entered January 7, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01169-CR

### RODRICK TERRELL SCOTT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-31737-N**

## ORDER

We **REINSTATE** this appeal.

We ordered the trial court to appoint new counsel to represent appellant in this appeal. On January 3, 2019, we received the trial court's appointment. We **DIRECT** the Clerk to list Nanette Hendrickson of the Dallas County Public Defender's Office as appointed counsel for appellant. All future correspondence should be sent to Nanette Hendrickson, Dallas County Public Defender's Office, 133 N. Riverfront Blvd., LB-2, Dallas, TX 75207-4399.

The record is **DUE** January 29, 2019.

/s/     BILL PEDERSEN. III
        JUSTICE